Michael J. Frevola
Marisa A. Marinelli
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200
ATTORNEYS FOR PLAINTIFF
JO TANKERS BV



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JO TANKERS BV,

    Plaintiff,

-against-

COMERCIALIZADORA DE PETROQUIMICOS Y QUIMICOS C.A. a/k/a COPEQUIM,

    Defendant.

07 Civ. 8084

CORPORATE DISCLOSURE STATEMENT IN ACCORDANCE WITH RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE

    I, Michael J. Frevola, attorney for Jo Tankers BV, having filed an initial pleading in the above captioned matter, make the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

    Jo Tankers BV is a privately owned company, is not publicly traded, and has no parent company.

Dated: New York, New York
September 14, 2007

                          HOLLAND & KNIGHT LLP

                          By: _____
                              Michael J. Frevola
                              Marisa A. Marinelli
                              HOLLAND & KNIGHT LLP
                              195 Broadway
                              New York, NY 10007-3189
                              (212) 513-3200
                              *Attorneys for Plaintiff*

# 4793163_v1