Michael J. Frevola
Marisa A. Marinelli
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200
ATTORNEYS FOR PLAINTIFF
JO TANKERS BV



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JO TANKERS BV,

    Plaintiff,

-against-

COMERCIALIZADORA DE PETROQUIMICOS Y
QUIMICOS C.A. a/k/a COPEQUIM,

    Defendant.

JUDGE CHIN

07 CIV 8084

07 Civ. _____ ( )

**ORDER APPOINTING
PERSONS TO
SERVE PROCESS**

    **UPON** application of Jo Tankers BV for an Order appointing Elvin Ramos, Rudy D. Green, Jerome Wills, Willis Vargas, and Rapid and Reliable Attorney Service, or any one of them, to serve the Writ and Order of Attachment and Garnishment, Summons, Verified Complaint, and Affidavit in Support on the garnishees herein, and it appearing that Elvin Ramos, Rudy D. Green, Jerome Wills, Willis Vargas, and representatives of Rapid and Reliable Attorney Service are qualified persons over 18 years of age, and are not a party to or an attorney in this action, and that substantial savings in travel fees will result from such appointment, it is

    **ORDERED** that Elvin Ramos, Rudy D. Green, Jerome Wills, Willis Vargas and Rapid and Reliable Attorney Service hereby are each appointed to serve the Writ and Order of

Attachment and Garnishment, Summons, Verified Complaint, and Affidavit in Support on the garnishees herein.

Dated:   New York, New York
         September 17, 2007

SO ORDERED

_____
U.S.D.J.
