✎AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     NEW YORK

```
JO TANKERS BV,

              Plaintiff,

        V.

COMMERCIALIZADORA DE
PETROQUIMICOS Y QUIMICOS
C.A. a/k/a COPEQUIM,

              Defendant.
```

**APPEARANCE**

Case Number:  07 Civ 8084

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Comercializadora de Petroquímicos y Químicos C.A. a/k/a Copequim

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 11/20/2007 | _Vanessa Y_ |
| Date | Signature |
| | Vanessa M. Thomas     VT 1679 |
| | Print Name     Bar Number |
| | 875 Third Avenue |
| | Address |
| | New York     NY     10022 |
| | City     State     Zip Code |
| | (212) 918-3684     (212) 918-3100 |
| | Phone Number     Fax Number |

## CERTIFICATE OF SERVICE

I hereby certify that on this 20 th day of November, 2007, the foregoing document was filed with the Clerk of The Court and served in accordance with the Federal Rules of Civil Procedure via the Court's electronic notification system upon:

Michael Frevola, Esq.
Holland & Knight LLP
195 Broadway
New York, NY   10007
michael.frevola@hklaw.com

Richard Joseph Reisert
Clark, Atcheson & Reisert
7800 River Road
North Bergen, NJ 07047
reisert@navlaw.com

Dated: New York, NY

Vanessa M. Thomas