HOGAN & HARTSON LLP
875 Third Avenue
New York, New York 10022
(212) 918-3000
Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JO TANKERS BV,<br><br>        Plaintiff,<br><br>        v.<br><br>COMERCIALIZADORA DE PETROQUIMICOS Y QUIMICOS C.A. a/k/a COPEQUIM,<br><br>        Defendant. | Case No. 07 Civ. 8084 (DC)<br><br>RULE 7.1 STATEMENT |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Comercializadora de Petroquímicos y Químicos C.A. a/k/a Copequim ("Copequim") states it is the only party of interest.

Date: November 20, 2007

_____
Vanessa M. Thomas (VT-1679)
Hogan & Hartson LLP
875 Third Avenue
New York, New York 10022
Telephone:   (212) 918-3000
Facsimile:   (212) 918-3100 fax
E-mail:   vmthomas@hhlaw.com

*Attorneys for Defendant*