# MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/28/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JO TANKERS BV,

        Plaintiff,

-against-

COMERCIALIZADORA DE PETROQUIMICOS
Y QUIMICOS C.A. a/k/a COPEQUIM,

        Defendant.

07 Civ. 8084 (DC)

**CONSENT ORDER**

    WHEREAS, on or about September 14, 2007, Jo Tankers BV ("Jo Tankers") filed this action against Comercializadora de Petroquimicos y Quimicos C.A. a/k/a Copequim ("Copequim"), and obtained the issuance of a Writ of Attachment and Garnishment and an Order for Issuance of a Writ of Attachment and Garnishment dated on or about September 17, 2007 (collectively, the "Process of Maritime Attachment and Garnishment"); and

    WHEREAS, the Process of Maritime Attachment and Garnishment were subsequently served on various garnishee banks in this district; and

    WHEREAS, Jo Tankers has attached funds that were being routed from or to accounts held by Copequim in the collective sum of $229,254.67 (the "Security"), which Security presently is in the possession of garnishee Citibank, N.A.; and

    WHEREAS, Jo Tankers and Copequim have agreed to settle Jo Tankers' claims;

    NOW, pursuant to the subjoined consent of the attorneys for Jo Tankers and Copequim, it is:

ORDERED that $155,282.97 of the Security held by Citibank, N.A. is to be released and wired to an account of Jo Tankers', which account details will be provided in a joint letter from the attorneys of Jo Tankers and Copequim to Citibank, N.A.; and it is further

ORDERED that the remainder of the portion of the Security held by Citibank, N.A. is to be released and wired in accordance with the original wiring instructions accompanying the electronic funds transfer; and it is further

ORDERED that this Consent Order likewise shall apply to all further funds frozen by garnishees pursuant to the Process of Maritime Attachment and Garnishment and release of such funds is directed without Jo Tankers having to apply for a supplemental consent order. All such frozen amounts shall be transferred in accordance with the original wire instructions.

ORDERED that this action is discontinued with prejudice and without costs as to either party subject to being reopened within 30 days if the restrained funds have not been received by the parties.

Dated: November 20, 2007

| HOLLAND & KNIGHT LLP | HOGAN & HARTSON LLP |
|---|---|
| By: _[signature]_ Michael J. Prevola Christopher R. Nolan 195 Broadway New York, New York 10007 (212) 513-3516 (212) 385-9010 fax *Attorneys for Plaintiff* | By: _[signature]_ Vanessa M. Thomas 875 Third Avenue New York, New York 10022 (212) 918-3000 (212) 918-3100 fax *Attorneys for Defendant* |

SO ORDERED:

_[signature]_   11/27/07
United States District Judge   Date

2